RECEIVED
IN MONROE, LA
FEB 13 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| L.J. JONES, JR. | CIVIL ACTION NO. 05-1438-M |
| VS. | SECTION P |
| ROBERT TAPPIN, WARDEN, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED** that the petition for *habeas corpus* be **DENIED AND DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 13 day of February, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE